# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN H. BALSEWICZ,

                Plaintiff,

v.

SGT. JON PAWLKY and TONIA MOON,

                Defendants.

Case No. 17-CV-1371-JPS

**ORDER**

On November 1, 2017, the plaintiff filed a notice of voluntary dismissal of this action. (Docket #8). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 6th day of November, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge